No. 92–7879. HOWARD v. SOUTH CAROLINA. Ct. Common Pleas of Greenville County, S. C. Certiorari denied.

No. 92–7886. THOMAS v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 92–7888. WILHELM v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 92–7894. RESTREPO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–7900. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7901. REDLING v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7903. OWENS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7905. FULFORD v. WHITLEY, WARDEN. Sup. Ct. La. Certiorari denied.

No. 92–7913. MILLER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–7915. SMITH v. WATERS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–7921. CULLEN v. BOARD OF ADMINISTRATION OF CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 92–7923. POWELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–7926. SHAW v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–7927. DAVIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–7931. DESANTIS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.